[No. 25151–1–I. Division One. April 29, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. CLIFFORD LEE COOPER, ET AL, *Defendants,* VERALD JOSEPH SASELLI, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 88–1–00479–2, David A. Nichols, J., entered October 13, 1989. *Affirmed* by unpublished opinion per Agid, J., concurred in by Webster, A.C.J., and Coleman, J.

[No. 25651–3–I. Division One. April 29, 1991.]

*In the Matter of the Marriage of* CLAIRE J. LEWIS, *Respondent, and* BARRY A. LEWIS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86–3–07236–9, Charles S. Burdell, Jr., J., entered January 19, 1990. *Reversed* by unpublished opinion per Agid, J., concurred in by Webster, A.C.J., and Coleman, J.

[No. 25104–0–I. Division One. April 29, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN NICHOLAS LEINGANG, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89–1–02881–2, Patricia H. Aitken, J., entered October 6, 1989. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Webster, A.C.J., and Forrest, J.